```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 17178
   HARRY WILLIAMS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0871

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/02/2005 and was confirmed 06/20/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 12/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
OCWEN LOAN SERVICING LLC  CURRENT MORTG          .00              .00              .00
WORLD FINANCIAL NETWORK   UNSECURED           137.95              .00           137.95
CAPITAL ONE               UNSECURED          1126.90              .00          1126.90
CAPITAL ONE               UNSECURED        NOT FILED              .00              .00
ROUNDUP FUNDING LLC       UNSECURED          5178.05              .00          5178.05
LVNV FUNDING LLC          UNSECURED           574.80              .00           574.80
AT & T WIRELESS           UNSECURED        NOT FILED              .00              .00
AFNI INSURANCE SOLUTIONS  NOTICE ONLY      NOT FILED              .00              .00
RESURGENT ACQUISITION LL  UNSECURED          6360.40              .00          6360.40
FIRST NORTHERN CU         UNSECURED        NOT FILED              .00              .00
CREDITORS RESOURCE SERVI  NOTICE ONLY      NOT FILED              .00              .00
FIRST RMS RET             UNSECURED        NOT FILED              .00              .00
GEMB JCPENNY              UNSECURED        NOT FILED              .00              .00
GOVERNMENT EMPLOYEES INS  UNSECURED        NOT FILED              .00              .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED              .00              .00
MARSHALL FIELDS           UNSECURED        NOT FILED              .00              .00
TARGET NATIONAL BANK      UNSECURED           233.53              .00           233.53
OCWEN LOAN SERVICING LLC  SECURED NOT I       44.64              .00              .00
CAPITAL ONE               UNSECURED           691.51              .00           691.51
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       1,999.20                          1,999.20
TOM VAUGHN                TRUSTEE                                             1,016.68
DEBTOR REFUND             REFUND                                                730.98

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            18,050.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                14,303.14

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 17178 HARRY WILLIAMS
```

```
ADMINISTRATIVE                                              1,999.20
TRUSTEE COMPENSATION                                        1,016.68
DEBTOR REFUND                                                 730.98
                                    ---------------   ---------------
TOTALS                                    18,050.00         18,050.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
          CASE NO. 05 B 17178 HARRY WILLIAMS